UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

THE CITY OF NEW YORK,

                Plaintiff,

      -*against*-

YAZAM, INC. d/b/a EMPOWER and
JOSHUA SEAR,

                Defendants.

**ORDER**

26 cv 03632 (ER)

RAMOS, D.J.

Defendants are granted leave to file a motion to remand on the following briefing schedule:  moving papers due May 29, 2026; opposition due June 5, 2026; and reply due June 10, 2026.  For the avoidance of doubt, Defendants are not required to respond to Plaintiff's motion for preliminary injunction in their response to the motion to remand.

If not remanded, Plaintiffs are granted leave to file a motion to dismiss on the following briefing schedule:  moving papers due June 18, 2026; opposition due July 9, 2026; and reply due July 16, 2026.

SO ORDERED.

Dated:    May 29, 2026
           New York, New York

_____
           EDGARDO RAMOS, U.S.D.J.