# Exhibit 1



**DISTRICT OFFICE**
500 WEST 141ST STREET
NEW YORK, NY 10031
TEL: (212) 928-6814
FAX: (646) 582-1408

**LEGISLATIVE OFFICE**
250 BROADWAY, SUITE 1833
NEW YORK, NY 10007
TEL: (212) 788-7007

district7@council.nyc.gov

THE COUNCIL
OF
THE CITY OF NEW YORK

MAJORITY LEADER

# SHAUN ABREU

COUNCIL MEMBER
7TH DISTRICT, MANHATTAN

**CHAIR**
TRANSPORTATION AND
INFRASTRUCTURE
--------------------
**COMMITTEES**
FINANCE
LAND USE
HOUSING AND BUILDINGS
RULES, PRIVILEGES, ELECTIONS,
STANDARDS & ETHICS
CIVIL RIGHTS

March 19, 2026

Dear Attorney General James and Corporation Counsel Banks,

I write to you with urgency regarding the continued unlawful operation of the rideshare company Empower on the streets of New York City. The New York City Taxi and Limousine Commission (TLC) has already determined that Empower is operating an illegal taxi service, and yet its activities persist at significant scale, undermining our regulatory framework, harming compliant drivers, and shortchanging the public.

This is not without precedent. In 2014, when Lyft attempted to operate in New York City without proper authorization, your offices—alongside the Department of Financial Services—took decisive legal action to halt those operations. Lyft ultimately paid substantial penalties and agreed to comply with the law. The same clarity and enforcement are required now.

Empower is openly flouting the law. By its own admission, the company is facilitating more than 100,000 trips per week in New York City without adhering to the rules that govern every other for-hire vehicle service. These violations are extensive and systematic:

Failure to collect legally mandated fees and taxes, including congestion pricing charges, sales taxes, the Black Car Fund contribution, and airport surcharges;

Circumvention of TLC-established fare structures and driver wage protections;

Failure to provide wheelchair-accessible service, in violation of accessibility requirements;

Operation under a business model that deliberately evades regulatory oversight by charging drivers a flat fee while allowing unregulated fares.

These practices are not innovation—they are evasion. They allow Empower to artificially undercut law-abiding competitors while depriving New York State, New York City, and

critical public funds of millions in revenue. They also erode hard-won labor protections and accessibility standards that ensure fairness and equity in our transportation system.

New York City is unique in that the majority of residents rely on taxis and for-hire vehicles as essential public conveyances. That system only functions when all participants follow the same rules. Uber, Lyft, and licensed yellow and green taxis operate under these requirements. Empower must do the same—or cease operations.

The TLC has signaled its intent to act within its authority, including revoking licenses and imposing penalties. However, meaningful enforcement at this scale requires coordinated legal action at the state and city level.

Accordingly, I urge your offices to take immediate legal action to enjoin Empower's operations in New York City and hold the company accountable for its ongoing violations. Failure to act risks setting a dangerous precedent—that companies can ignore our laws, exploit our markets, and face no consequences.

New York has confronted and resolved this challenge before. We must do so again—swiftly and decisively.

Sincerely,

Majority Leader Shaun Abreu
New York City Council, District 7

2