# Exhibit 2

# Uber NY PAC (2025)
## Independent Spender Profile

- View information about independent expenditures.
- Look up a term in the Glossary

Return to Independent Expenditure Summary

| Independent Spender | | Authorized Representative | |
| --- | --- | --- | --- |
| **Name:** | Uber NY PAC | **Name:** | Joel Aurora |
| **Type:** | Other | **Address:** | San Rafael, CA 94901 |
| **Address:** | 2350 Kerner Boulevard, 250, San Rafael, CA 94901 | **Title:** | Designated Agent for Filer |
| **Contact:** | Joel Aurora | **Employment:** | Designated Agent for Filer, Nielsen Merksamer et. al., San Rafael, CA |
| **Website:** | | | |
| **Purpose:** | | | |
| **Pol Comm:** | PAC | | |

### Principal Owners, Principal Officers, and Board Members

| Name | Organization Title | Employment |
| --- | --- | --- |
| Josh Gold | Senior Director, Public Policy | , , , |

### Contributions

Uber NY PAC has reported 2,700,000.00 in contributions.

### Expenditures

| Candidate/Proposal | office | total spending | support | oppose | not determined |
| --- | --- | --- | --- | --- | --- |
| Abreu, Shaun | City Council | 259,418 | 259,418 | - | - |
| De La Rosa, Carmen | City Council | 156,787 | 156,787 | - | - |
| Dinowitz, Eric | City Council | 116,594 | 116,594 | - | - |
| Henriquez, Yanna M | City Council | 430,115 | 430,115 | - | - |
| Hudson, Crystal | City Council | 118,045 | 118,045 | - | - |
| Kornberg, Maya | City Council | 252,336 | 252,336 | - | - |
| Mealy, Darlene | City Council | 352,560 | 352,560 | - | - |
| Menin, Julie | City Council | 143,129 | 143,129 | - | - |
| Narcisse, Mercedes | City Council | 146,718 | 146,718 | - | - |
| Smyth, Dermot | City Council | 254,259 | 254,259 | - | - |
| Stevens, Althea V | City Council | 159,570 | 159,570 | - | - |
| Vernikov, Inna | City Council | 46,028 | 46,028 | - | - |
| **total:** | | **2,435,560** | **2,435,560** | - | - |