# Exhibit 7



| | |
|---|---|
| Document title: | Are drivers who use Empower's software in New York required to be licensed by the NYC Taxi and Limousine Commission ("TLC")? – EMPOWER FAQ |
| Capture URL: | https://faq.driveempower.com/hc/en-us/articles/39082332739597-Are-drivers-who-use-Empower-s-software-in-New-York-required-to-be-licensed-by-the-NYC-Taxi-and-Limousine-Commission-TLC |
| Page loaded at (UTC): | Fri, 19 Jun 2026 02:39:26 GMT |
| Capture timestamp (UTC): | Fri, 19 Jun 2026 02:39:28 GMT |
| Capture tool: | 11.0.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.0.0 Chrome/144.0.7559.236 Safari/537.36 |
| Operating system: | Linux (Node 24.14.0) |
| PDF length: | 2 |
| Capture ID: | 32v4DLkz1YhwSjv65VArvL |
| Display Name: | grace.ojionuka |

EMPOWER FAQ | Rider | Miscellaneous

🔍 Search

## Articles in this section

Can I request a ride from a driver of the same gender?

What happens if I forget an item in my drivers vehicle?

Can riders rate drivers?

Do you have a rider referral program?

Are drivers who use Empower required to complete a background check?

Are drivers who use Empower's software in New York required to be licensed by the NYC Taxi and Limousine Commission ("TLC")?

Empower Zero-Tolerance Policies

How can I leave a tip for my driver?

Do riders pay a subscription fee to book rides?

# Are drivers who use Empower's software in New York required to be licensed by the NYC Taxi and Limousine Commission ("TLC")?

Updated · 9 months ago

Yes. Every driver using Empower's software in the New York region must be a TLC licensed driver AND may only use a TLC licensed vehicle. This means drivers must meet all TLC licensing requirements and maintain good standing with the TLC. Requirements include but are not limited to maintaining an active insurance policy, passing a medical fitness test, drug screen, and background check.

Please note, Empower is not a transportation provider like Uber or Lyft. Empower is a booking platform like Expedia. As a result, while Empower takes safety matters very seriously and takes steps to promote safety in our community, including enabling riders to select a same-gender or favorite driver, Empower is not legally or financially responsible for issues that arise in connection with the services provided by drivers booked through Empower, anymore than Expedia is legally or financially responsible for the services provided by airlines or hotels booked through Expedia.

If you have any concern regarding a driver using Empower's software and services, please immediately call our support team through the help button in-app or Contact Us.

Was this article helpful?

| Yes | No |

56 out of 98 found this helpful

Have more questions? Contact Us

### Related articles

Are drivers who use Empower required to complete a background check?

Empower Zero-Tolerance Policies

Do riders pay a subscription fee to book rides?

How much does Empower cost?

What happens if I forget an item in my drivers vehicle?

EMPOWER FAQ

Document title: Are drivers who use Empower's software in New York required to be licensed by the NYC Taxi and Limousine Commission ("TLC")? – EMPOWER FAQ
Capture URL: https://faq.driveempower.com/hc/en-us/articles/39082332739597-Are-drivers-who-use-Empower-s-software-in-New-York-required-to-be-licensed-by-the-…
Capture timestamp (UTC): Fri, 19 Jun 2026 02:39:28 GMT