# Exhibit 8

**PageVault**

| | |
|---|---|
| Document title: | Home — Empower |
| Capture URL: | https://driveempower.com/ |
| Page loaded at (UTC): | Fri, 19 Jun 2026 02:40:53 GMT |
| Capture timestamp (UTC): | Fri, 19 Jun 2026 02:40:55 GMT |
| Capture tool: | 11.0.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.0.0 Chrome/144.0.7559.236 Safari/537.36 |
| Operating system: | Linux (Node 24.14.0) |
| PDF length: | 6 |
| Capture ID: | suPTW6nDYSb9CyGVN7XGkw |
| Display Name: | grace.ojionuka |

PDF REFERENCE #:    dU1FksLmJrQjUxwe5vgWeJ

EMPOWER    DRIVERS   RIDERS   ABOUT US   NEWS   FAQS   CONTACT US   MY DRIVER ACCOUNT

# Transforming Rideshare

With Empower, drivers set their own rates and get 100% of the fare, and riders can get more affordable rides from drivers they trust. By decentralizing rideshare, drivers earn more, and riders pay less and can feel safer requesting a favorite or a same gender driver.

Empower is revolutionizing mobility. Not by providing transportation, but by putting transportation decisions back into the hands of drivers and riders, where they belong.

At Empower, we believe that everyone has a voice and we are listening. TOGETHER WE CAN EMPOWER!

**Driver App**    **Rider App**



# 25M+
Rides

# 750K+
Riders

# $450M+
Driver Earnings



# Better for Drivers

At Empower, we treat drivers like customers, because they are. Drivers set their own rates and get 100% of the fare. Empower takes ZERO commission. Drivers have access to their own dedicated local customer support team. Empower provides drivers with the tools they need to run their own business

Document title: Home — Empower
Capture URL: https://driveempower.com/
Capture timestamp (UTC): Fri, 19 Jun 2026 02:40:55 GMT

$36.52
You received 100% of the fare

$21.91
Uber and Lyft take 40% from you on average

Rate rider 👍 👎

Close

ON DUTY

Stop Driving

At Empower, we treat drivers like customers, because drivers set their own rates and get 100% of the fare. Empower takes ZERO commission. Drivers have access to their own dedicated local customer support team. Empower provides drivers with the tools they need to run their own business and take control of their financial future.

Learn More

## Better for Riders

Riders using Empower pay 20% less on average compared to Uber or Lyft. Riders also can request a driver they feel safe with by limiting ride requests to favorite or same gender drivers.

Get $10+in free rides when you sign up!

Learn More



## What People Have to Say

December 21

"I love that I can order a ride with one of my favorite drivers! Every ride is now a great experience!"

-Andrea

December 14

I enjoy the fact that the drivers keep 100% of the fare. I have been using Empower more often since moving to the DMV area and I will continue to do so."

-Leah

December 12

December 18

Document title: Home — Empower
Capture URL: https://driveempower.com/
Capture timestamp (UTC): Fri, 19 Jun 2026 02:40:55 GMT

-Leah

December 12

*"I absolutely love Empower and love that I have the option to choose a female driver!"*

**-Elizabeth**

November 18

*"Empower allows me the freedom to set my own schedule. I make more money while working fewer hours. I love that drivers keep 100% of the fares."*

**-Teresa**

November 18

*"With Empower I make more money. Empower respects me as a costumer."*

**-Fatimatou**

November 17

*"Empower enables me to keep all of my money while only paying a small subscription fee. Empower is by far the best. I love Empower!"*

**-Judith**



# Earn More! Save More!

Driver Promos     Rider Promos

## News & Announcements



MAR 20

Empower Press Release – March 20, 2026



MAR 17

Happy St. Patrick's Day!



MAR 17

Drivers using Empower provided over 500,000 rides last week!



DEC 31

Happy New Year! Launching Miami!

Document title: Home — Empower
Capture URL: https://driveempower.com/
Capture timestamp (UTC): Fri, 19 Jun 2026 02:40:55 GMT



# Download Now!

Driver App    Rider App



# Bring Empower to Your City

Contact Us

Document title: Home — Empower
Capture URL: https://driveempower.com/
Capture timestamp (UTC): Fri, 19 Jun 2026 02:40:55 GMT



# Download Now!

[ Driver App ]    [ Rider App ]



## Bring Empower to Your City

[ Contact Us ]

 EMPOWER

| About Us | Drivers | News |
| Riders | Contact Us | Press Inquiries |
| FAQ | My Driver Account | Referrals |
| Careers | Partner With Us | |

©2021 Yazam Inc.

Acceptable Use Policy    Privacy Policy

Document title: Home — Empower
Capture URL: https://driveempower.com/
Capture timestamp (UTC): Fri, 19 Jun 2026 02:40:55 GMT