# Exhibit 9



| | |
|---|---|
| Document title: | How do I get paid by riders? – EMPOWER FAQ |
| Capture URL: | https://faq.driveempower.com/hc/en-us/articles/23735366312845-How-do-I-get-paid-by-riders |
| Page loaded at (UTC): | Fri, 19 Jun 2026 02:41:40 GMT |
| Capture timestamp (UTC): | Fri, 19 Jun 2026 02:41:42 GMT |
| Capture tool: | 11.0.0 |
| Collection server IP: | 54.145.42.72 |
| Browser engine: | Mozilla/5.0 (X11; Linux x86_64) AppleWebKit/537.36 (KHTML, like Gecko) @page-vault/browser/11.0.0 Chrome/144.0.7559.236 Safari/537.36 |
| Operating system: | Linux (Node 24.14.0) |
| PDF length: | 2 |
| Capture ID: | 7LwcikbAnaDTM99fjdVBft |
| Display Name: | grace.ojionuka |

EMPOWER

DRIVERS    RIDERS    ABOUT US    NEWS    FAQS    CONTACT US    MY DRIVER ACCOUNT

EMPOWER FAQ | Driver Payment Processing | Receiving Payments from Riders

🔍 Search

**Articles in this section**

How much more will I earn using Empower?

What is Stripe?

How do I change my banking information?

How do I change my Stripe payout schedule?

How do I get paid by riders?

Is instant payout available with Empower?

Does Empower receive any of the Stripe fees driver incur?

What happens if a rider cancels their ride request?

# How do I get paid by riders?

Updated · 1 year ago

With Empower, drivers get 100% of the fare. Your rider's payment card is charged by Stripe (one of the largest payment processors in the world) and the fare is transferred to your own Stripe account. Stripe will automatically transfer all amounts in your Stripe account to your connected bank, debit, or credit account once per day, Sunday - Thursday. You can also use Stripe's Instant Payout feature (accessible in the Empower App) for an immediate transfer of the funds in your Stripe account to your connected account.

**Was this article helpful?**

| Yes | No |

636 out of 956 found this helpful

Have more questions? Contact Us

**Related articles**

What happens if a rider cancels their ride request?

Is instant payout available with Empower?

How much does Empower cost?

How much more will I earn using Empower?

Does Empower receive any of the Stripe fees driver incur?

EMPOWER FAQ

Document title: How do I get paid by riders? – EMPOWER FAQ
Capture URL: https://faq.driveempower.com/hc/en-us/articles/23735366312845-How-do-I-get-paid-by-riders
Capture timestamp (UTC): Fri, 19 Jun 2026 02:41:42 GMT