**UNITED STATES DISTRICT COURT**

Job #: 1643218

| | |
|---|---|
| Petitioner: THE CITY OF NEW YORK<br>*-against-*<br>Respondent:<br>YAZAM INC. d/b/a EMPOWER and JOSHUA SEAR as CHIEF EXECUTIVE OFFICER OF YAZAM INC. d/b/a EMPOWER | Docket Number: **26-CV-03632**<br>Date Filed:<br>File #:<br>CSMS #:<br>Part:<br>Court Date: |

STATE OF Virginia, COUNTY OF Hampton SS:

**AFFIDAVIT OF SERVICE**

Afsaneh Mahzoun ; Mid Atlantic Professional service being duly sworn deposes and says:
Deponent is not a party herein, is over 18 years of age. On 7/08/2026 at 1:08pm
at 1307 Dolley Madison Blvd, 4TH FLOOR, McLean, VA 22101-3913, deponent served the within

**Summons Complaint;**

on: Joshua Sear, therein named.

[X] **INDIVIDUAL** By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

[ ] **CORPORATION** By delivering thereat a true copy of each to ____ and that deponent knew the person so served to be the ____ of the corporation, and authorized to accept service on behalf of the corporation.

[ ] **SUITABLE AGE PERSON** By delivering a true copy of each to ____ a person of suitable age and discretion. Said premises is recipient's [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.

[ ] **AFFIXING TO DOOR** By affixing a true copy of each to the door of said premises, which is recipient's: [ ] actual place of business [ ] dwelling house (usual place of abode) within the state.
Deponent was unable, with due diligence to find recipient or a person of suitable age and discretion, having called thereat

[ ] **MAIL COPY** On ____ deponent completed service under the last two sections by depositing a copy of the ____ to the above address in a 1st Class postpaid properly addressed envelope marked "Personal and Confidential" in an official depository under the exclusive care and custody of the United States Post Office in the State of ____ and by Certified Mail # ____.

[X] **DESCRIPTION** A description of the Defendant, or other person served, or spoken to on behalf of the Defendant is as follows:
Gender: M Race: Caucasian Color of hair: Brown Age: 50 Height: 5'8"
Weight: 150lbs Other features: ____

[ ] **WIT. FEES** Subpoena Fee Tendered in the amount of ____

[X] **MILITARY SRVC** Deponent asked person spoken to whether the recipient was presently in military service of the United States Government or of the State of Virginia and was informed that recipient was not. Recipient wore ordinary civilian clothes and no military uniform.

[ ] **OTHER** ____

Sworn to before me on August 19th 2026

Crystal Marie Cole Kleiber
NOTARY PUBLIC
Commonwealth of Virginia
Reg. # 329597
My Commission Expires October 31, 2027

[signature]

Afsaneh Mahzoun Mid Atlantic Professional service
Job # 1643218

[signature]

**New York City Department of Law - Manhattan**
100 Church Street 4th Floor
New York, NY
Phone:
Tracking No. 743114

***IREDE PROCESS SERVERS, INC, P.O. BOX 597, BAYSHORE NY 11706 DCA# 2011373***

3694c